THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND, Appellant, v. JOHN L. HAYES CONSTRUCTION CO., INC., Respondent.—

Judgment modified by computing the increased rate from February 28, 1922, the date of the notice, thus increasing the amount of the judgment to $1,981.04, and as so modified affirmed, with costs to the appellant. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Burr, J., dissents and votes to modify the judgment by computing the rate as increased from the date of the policy, as fixed by the Compensation Inspection Rating Board under the experience rating plan approved by the Superintendent of Insurance. Settle order on notice.